IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ROSCOE POWERS, JR., | : | |
| | : | |
| Petitioner, | : | |
| | : | NO.  3:11-CV-150 (CDL) |
| VS. | : | |
| | : | |
| DAVID FRAZIER, Warden, | : | |
| | : | Proceedings Under 28 U.S.C. §2254 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| | : | |

## ORDER

Before the Court are a Motion to Amend (Doc.11) and a Motion to Appoint Counsel (Doc.12) filed by Petitioner Roscoe Powers, Jr.. For the following reasons, the Motion to Amend is GRANTED and the Motion to Appoint Counsel is DENIED.

### Motion to Amend

In this Motion, Petitioner sets forth a fifth ground for relief alleging ineffective assistance of counsel.  In support, he has attached a copy of a letter dated October 27, 2009 that he purportedly received from counsel.  As this Motion was filed prior to the applicable December 29, 2011 deadline to amend (See Doc.9), it is GRANTED.

### Motion to Appoint Counsel

In this Motion, Petitioner asks this Court to provide him with legal representation in the above-captioned §2254 proceeding.  Upon a review of his petition, the Court finds that the issues set forth therein are properly raised and adequately set forth Petitioner's contentions.  They are not so complex as to require appointment of legal counsel to represent his legal interests at this time.

The Court, on its own motion, will consider appointing legal counsel for the Petitioner if and when it becomes apparent that legal assistance is required in order to avoid prejudice to his rights. Certainly, if an evidentiary hearing is required, counsel will be provided for the Petitioner.

Accordingly, at the present time, Petitioner's motion for appointment of legal counsel is DENIED.

**SO ORDERED**, this 3rd day of January, 2012.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge