IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **ROSCOE POWERS, JR.,** | : | |
| | : | |
| Petitioner, | : | |
| | : | NO.  3:11-CV-150 (CDL) |
| VS. | : | |
| | : | |
| **DAVID FRAZIER, Warden,** | : | |
| | : | Proceedings Under 28 U.S.C. §2254 |
| Respondent. | : | Before the U.S. Magistrate Judge |
| | : | |

# ORDER

Respondent Attorney General Sam Olens has filed a Motion to Dismiss asserting that he is an improper party in that he did not, does not, and will not have custody of Petitioner and because this case does not involve a challenge to a "future" Georgia sentence.  Doc.17.  Since Petitioner Roscoe Powers, Jr. is proceeding pro se, the Court deems it appropriate and necessary to advise him of his obligation to respond to said motion and of the consequences which he may suffer if he fails to file a proper response.

Petitioner is advised:

(1) that a Motion to Dismiss has been filed herein by the Respondent;

(2) that he has the right to oppose the granting of that motion; and,

(3) that if he fails to oppose said motion, respondent Olens may be DISMISSED.

The Petitioner is further advised that, under the procedures and policies of this court, motions to dismiss are normally decided on briefs.  That is, the Court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.  Failure of the Petitioner to respond, in writing, to the Motion to Dismiss may result in the granting of said motion, without a hearing or any further proceedings.

Accordingly, Petitioner is **ORDERED AND DIRECTED** to file a response to the Respondent Olens' Motion to Dismiss <u>**ON OR BEFORE FEBRUARY 13, 2012**</u>.  Thereafter, the Court will consider the motion and any opposition to the same filed by the Petitioner.  If no response is submitted by Petitioner, the Court will consider said motion to be uncontested.

**SO ORDERED**, this 18th day of January, 2012.

<u>s/ Charles H. Weigle</u>
Charles H. Weigle
United States Magistrate Judge